IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS STANDARD OIL COMPANY, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. G-05-490 |
| vs | § § | |
| FOREST OIL CORPORATION, | § § | |
| Defendant. | § | |

## DEFENDANT FOREST OIL CORPORATION'S
## AMENDED CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Forest Oil Corporation states that the following entities are financially interested in the outcome of this litigation:

1. Texas Standard Oil Company
2. Forest Oil Corporation
3. Pioneer Natural Resources USA, Inc. (Pioneer Natural Resources, Inc.)
4. Apache Corporation
5. Noble Energy, Inc.
6. Helis Oil & Gas Company, LLC
7. Houston Energy, LP
8. Red Willow Offshore, LLC
9. CL&F Resources, LP
10. HE&D Offshore, LP
11. Mission Resources, Inc.
12. Hunt Petroleum Corporation

    13.    Kerr-McGee Oil & Gas, Inc. <u>(Kerr-McGee Corporation)</u>

    14.    <u>Mariner Energy, Inc.</u>

    15.    Mariner Energy Resources, Inc.

                              Respectfully submitted,

                            By:   /s/ Bradley L. DeLuca
                                  Bradley L. DeLuca
                                  Federal Bar No. 11510
                                  TBA No. 05653800
                                  Brigid D. Ashcraft
                                  TBA No. 01372450
                                  Federal Bar No. 9033

OF COUNSEL:

JOHNSON DELUCA KENNEDY & KURISKY, P.C.
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 - Telephone
(713) 652-5130 – Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on the _____ day of May, 2006, a true and correct copy of the foregoing document has been delivered in a manner prescribed by the Federal Rules of Civil Procedure to:

Francis I. Spagnoletti
David S. Toy
Spagnoletti & Co
1600 Smith, 45th Floor
Houston, Texas 77002

                                    /s/ Bradley L. DeLuca
                                    Bradley L. DeLuca