IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS STANDARD OIL COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. G-05-490 |
| vs | § | |
| | § | |
| FOREST OIL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANTS MARINER ENERGY, INC. AND MARINER ENERGY
RESOURCES, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendants Mariner Energy, Inc. and Mariner Energy Resources, Inc. state that the following

entities are financially interested in the outcome of this litigation:

1.   Texas Standard Oil Company

2.   Forest Oil Corporation

3.   Pioneer Natural Resources USA, Inc. (Pioneer Natural Resources, Inc.)

4.   Apache Corporation

5.   Noble Energy, Inc.

6.   Helis Oil & Gas Company, LLC

7.   Houston Energy, LP

8.   Red Willow Offshore, LLC

9.   CL&F Resources, LP

10.   HE&D Offshore, LP

11.   Mission Resources, Inc.

12.   Hunt Petroleum Corporation

13.    Kerr-McGee Oil & Gas, Inc. (<u>Kerr-McGee Corporation)</u>

14.    <u>Mariner Energy, Inc.</u>

15.    Mariner Energy Resources, Inc.

Respectfully submitted,

By:    <u>/s/ Bradley L. DeLuca</u>
       Bradley L. DeLuca
       Federal Bar No. 11510
       TBA No. 05653800
       Brigid D. Ashcraft
       TBA No. 01372450
       Federal Bar No. 9033

OF COUNSEL:

JOHNSON DELUCA KENNEDY & KURISKY, P.C.
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 - Telephone
(713) 652-5130 – Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 26th day of May, 2006, a true and correct copy of the foregoing document has been delivered in a manner prescribed by the Federal Rules of Civil Procedure to:

Francis I. Spagnoletti
David S. Toy
Spagnoletti & Co.
1600 Smith, 45th Floor
Houston, Texas 77002

       <u>/s/ Bradley L. DeLuca</u>
       Bradley L. DeLuca