# LAWRENCE F. LABANOWSKI & ASSOCIATES

### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



Invoice submitted to:
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

June 06, 2006

In Reference To:  Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1614

Professional Services

| | Hours | Amount |
|---|---|---|
| 5/22/2006  Review subpoena and speak by telephone with Ms. White; review email ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | |
| 5/23/2006  Review subpoena; telephone conference with Mr. Toy ▓▓▓▓▓▓▓▓ prepare Rule 11; telephone conference with Ms. White ▓▓▓▓▓ prepare email submitting pleadings. | 1.75 | |
| 5/24/2006  Telephone conference with Mr. Toy ▓▓▓▓▓▓ review Rule 11 and prepare letter to Ms. White ▓▓▓▓▓▓▓▓ review subpoena; prepare a proposed letter ▓▓▓▓ prepare letter to Ms. White. | 1.25 | |
| 5/25/2006  Review and revise letter ▓▓▓▓▓▓▓▓▓▓▓; telephone conference with Ms. Feagin ▓▓▓▓▓▓▓▓ prepare letter to Ms. White ▓▓▓▓▓▓▓ telephone conference with court reporter to advise of extension. | 0.75 | |
| For professional services rendered | 4.25 | $913.75 |
| Balance due | | $913.75 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 4.25 | 215.00 | $913.75 |

### 713-622-0700



EXHIBIT 26
Joint Ex's
6-05-490
PENGAD 800-631-6989

NOB 00454

# LAWRENCE F. LABANOWSKI & ASSOCIATES

### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

June 30, 2006

In Reference To:   Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1626

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 6/6/2006 LFL | Review letter ▓▓▓ prepare email to Ms. White. | 0.25 | |
| 6/8/2006 EFM | Review letter to opposing counsel concerning Rule 11 agreement; prepare protective order ▓▓▓▓▓ | 2.25 | |
| LFL | Prepare for and attend meeting with Ms. White ▓▓▓▓▓ review produced records; prepare summary of review; review and revise form of protective order. | 4.50 | |
| 6/13/2006 LFL | Telephone conference with Mr. Toy ▓▓▓▓▓ | 0.25 | |
| 6/14/2006 LFL | Review email from Mr. Toy and respond; review Rule 11 and prepare letter to Ms. White. | 0.25 | |
| LFL | Prepare production of documents; telephone conference with Ms. Garner to discuss. | 0.50 | |
| 6/20/2006 LFL | Telephone conference with Ms. Garner to discuss ▓▓▓; telephone conference with Ms. Fagan regarding ▓▓▓; review PDF of additional correspondence; review and reply to email from Ms. White; telephone conference with Ms. Fagan to discuss ▓▓▓▓▓ review email from Ms. White and reply; review and revise protective order; prepare email to Mr. Toy and respond. | 2.50 | |

NOB 00455

|  |  | Hours | Amount |
|---|---|---|---|
| 6/21/2006 LFL | Review email from Mr. Toy; prepare email to Ms. White; review and finalize return of documents; prepare letter to Ms. Garner. | 0.50 | |
| 6/26/2006 LFL | Review email from Mr. Toy; telephone conference with Ms. Fagan and Ms. Garner regarding ▓▓▓▓▓▓▓▓▓▓▓ prepare reply to Mr. Toy. | 0.75 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 11.75 | $2,413.75 |
| Additional Charges : | | |
| E101 Copying | | 68.10 |
| E107 Delivery services/messengers | | 24.80 |
| Total additional charges | | $92.90 |
| Total amount of this bill | | $2,506.65 |
| Previous balance | | $913.75 |
| Balance due | | $3,420.40 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 2.25 | 165.00 | $371.25 |
| Lawrence F. Labanowski | 9.50 | 215.00 | $2,042.50 |

NOB 00456

# LAWRENCE F. LABANOWSKI & ASSOCIATES

### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

August 09, 2006

In Reference To:   Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1653

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 7/20/2006 LFL | Telephone conference with Mr. Deluca ▮▮▮▮▮ review file; prepare email to Mr. Carlson. | 1.50 | |
| 7/21/2006 LFL | Review files and terms of agreed protective order; telephone conference with Mr. Deluca ▮▮▮▮▮ prepare email to Mr. Carlson | 1.00 | |
| 8/3/2006 LFL | Review notes from Ms. Morgan and prepare letter to Mr. Carlson regarding ▮▮▮▮ | 0.25 | |
| 8/4/2006 LFL | Telephone conference with Ms. Aslaksen regarding ▮▮▮▮ review agreement; prepare email to Mr. Carlson regarding ▮▮▮▮ | 0.75 | |
| For professional services rendered | | 3.50 | $752.50 |
| Previous balance | | | $3,420.40 |
| Balance due | | | $4,172.90 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 3.50 | 215.00 | $752.50 |

713-622-0700

NOB 00457

# LAWRENCE F. LABANOWSKI & ASSOCIATES

3939 ESSEX LN
SUITE 600
HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

September 06, 2006

In Reference To:  Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1672

Professional Services

|  | Hours | Amount |
|---|---|---|
| 8/8/2006 LFL   Telephone conference with Mr. Carlson ██████████ ████████ telephone conference with Ms. Morgan ████████ ███████████████████ prepare letter to Ms. Morgan; sign and send agreement. | 0.75 | |
| For professional services rendered | 0.75 | $161.25 |
| Previous balance | | $4,172.90 |

Accounts receivable transactions

| | | |
|---|---|---|
| 8/31/2006  Payment - Thank You | | ($913.75) |
| 8/31/2006  Payment - Thank You | | ($2,506.65) |
| Balance due | | $913.75 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 0.75 | 215.00 | $161.25 |

NOB 00458



# LAWRENCE F. LABANOWSKI & ASSOCIATES
## ATTORNEY AT LAW

### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

October 05, 2006

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1686

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/11/2006 | LFL | Review letter and motion from Mr. Deluca̶̶̶̶̶̶, prepare email to Mr. Carlson̶̶̶̶̶̶̶̶̶̶̶̶telephone conference with Mr. Carlson̶̶̶̶̶̶ | 0.75 | |
| 9/14/2006 | LFL | Telephone conference with Mr. Sharman and Mr. Toy̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶review file and pleadings; prepare email to Mr. Carlson̶̶̶̶̶̶̶̶̶̶̶̶ | 1.00 | |
| | For professional services rendered | | 1.75 | $376.25 |
| | Previous balance | | | $913.75 |
| | Accounts receivable transactions | | | |
| 10/2/2006 | Payment – Thank You | | | ($752.50) |
| | Balance due | | | $537.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 1.75 | 215.00 | $376.25 |

NOB 00459



## LAWRENCE F. LABANOWSKI & ASSOCIATES
### ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

November 02, 2006

In Reference To:   Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest*
*Oil Corporation, et al.;* In the United States District Court for the
Southern District of Texas.

Invoice #1694

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/26/2006 LFL | Review and reply to Ms. White; review petitions; telephone conference with Mr. Barnes at Apache Corp.; prepare fax to Mr. Barnes | 0.75 | |
| 10/27/2006 LFL | Telephone conference with Ms. White telephone conference with Mr. Deluca prepare email to Ms. White. | 1.25 | |
| 10/30/2006 LFL | Review and reply to Ms. White's email; review Mr. Deluca's email and forward; review operating agreement | 0.75 | |
| 10/31/2006 LFL | Telephone conference with Mr. Deluca and Ms. Ashcraft review documents produced; telephone conference with Mr. Sergesketter prepare answer. | 1.75 | |
| | For professional services rendered | 4.50 | $967.50 |
| | Previous balance | | $537.50 |
| | Accounts receivable transactions | | |
| 10/16/2006 Payment - Thank You | | | ($161.25) |
| 10/31/2006 Payment - Thank You | | | ($376.25) |

713-622-0700

NOB 00460

| | Amount |
|---|---|
| Balance due | $967.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 4.50 | 215.00 | $967.50 |

NOB 00461



# LAWRENCE F. LABANOWSKI & ASSOCIATES
## ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

December 04, 2006

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1716

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2006 LFL | Telephone from Mr. Mengis ▮▮▮▮▮▮▮▮▮▮▮▮▮ prepare email to Mr. Mengis and Mr. Deluca; telephone to Mr. Fridge ▮▮▮▮▮▮▮▮▮ prepare email to Ms. White ▮▮▮▮ | | 1.00 | |
| 11/7/2006 LFL | Review Mr. Sergesketter's email and telephone to Mr. Sergesketter to discuss; review certificate of interested parties and revise; review and revise Noble's answer; review and revise local rules for the federal district court in Galveston; multiple calls to Mr. Deluca ▮▮▮▮▮▮▮▮▮▮ review FRCP 26 on the disclosures to be made ▮▮▮▮▮▮▮▮▮▮ prepare outline for the counterclaim; review letter from Coldren ▮▮▮▮ | | 2.75 | |
| 11/8/2006 LFL | Telephone call from Ms. White ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone call with Mr. Deluca ▮▮▮▮▮▮▮▮▮▮ review and revise the answer and counterclaim; prepare email to Ms. White ▮▮▮▮▮▮▮▮▮▮▮▮ reply to the various emails from the attorneys; telephone to Mr. Mengis ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ review emails and documents and prepare email and fax to Ms. White ▮▮▮▮▮▮▮▮▮▮▮▮ | | 2.25 | |
| MB | Review Texas Standard's live pleadings and prepare responses. | | 2.75 | |
| 11/9/2006 LFL | Plan for and attend meeting of counsel for the defendants ▮▮▮▮▮▮▮▮▮ review and revise the counterclaim; telephone from Mr. Sergesketter, Apache's counsel ▮ | | 4.75 | |

713-622-0700

NOB 00462

| | | | Hours | Amount |
|---|---|---|---|---|

telephone with Ms. White ████████
████████ prepare conflict letter; prepare email to Mr.
Sergesketter ████████

| 11/9/2006 MB | Review Coldren's proposed answer ████████ | 1.00 |
|---|---|---|

11/10/2006 LFL   Telephone call from Mr. Mengis ████████        6.75
review and revise the counterclaim and answer; telephone call from Ms.
White ████████████ telephone call from Mr.
Sergesketter ████████████ telephone call to
Mr. O'Brien ████████
████████ prepare additional changes to the answer.

11/11/2006 LFL   Review and revise the counterclaim ████████        1.75
████████ prepare email to Mr. O'Brien, Mr. Mengis and Ms. White
████████ review and revise the disclosures.

11/13/2006 LFL   Telephone call to Mr. Sergesketter ████████        5.50
████████ additional review of the answer and counterclaim of
Coldren and Noble; additional revisions to the answer and the counter
claim; prepare email transmitting same; review and revise the certificate of
interested parties; telephone call from Ms. White ████████
████████ telephone call from Mr. Sergesketter ████████
████████ telephone call from Ms. White
telephone call from Mr. Sergesketter ████████
████████ review changes proposed ████████ telephone call to
Ms. Frederickson re filing; prepare email to Mssrs. Mengis and O'Brien and
Ms. Frederickson regarding filing; prepare rule 26 a disclosures.

11/14/2006 LFL   Review and revise the disclosures required to be filed in the matter; review        4.25
the deposition of Mr. Sharman; Telephone from Ms. White ████████
████████ telephone from Mr. Sergesketter ████████
████████ prepare a summary of questions for Mr. Deluca; review the
deposition of Forrest's Mr. Scott Hess.

11/15/2006 LFL   Prepare letter to Ms. White, review documents produced and transmit        2.50
same; review deposition of Mr. Hess; prepare email to Mr. Sergesketter
████████ review email from Ms. White
████████

11/16/2006 LFL   Prepare outline for call to Mr. Deluca; telephone from Mr. Sergesketter        0.75
████████ complete review of Mr. Hess'
deposition.

NOB 00463

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2006 | LFL | Finalize and file the disclosures; prepare email transmitting the disclosures to counsel; telephone from Mr. Toy ⬛⬛⬛⬛⬛⬛ prepare email to Mr. Sergesketter ⬛⬛⬛ | 1.50 | |
| 11/21/2006 | LFL | Review deposition of Mr. Roberson; review email from Mr. Deluca ⬛⬛⬛⬛ | 2.50 | |
| 11/22/2006 | LFL | Prepare email to Mr. DeLuca ⬛⬛⬛⬛⬛⬛ review spreadsheet received from Mr. Deluca; telephone from Mr. Deluca ⬛⬛ | 0.75 | |
| 11/28/2006 | LFL | telephone from Mr. Deluca ⬛⬛⬛⬛⬛ request copies of revenue records; review documents received from Mr. Deluca. | 0.75 | |
| 12/1/2006 | LFL | Review ⬛⬛⬛ to determine ⬛⬛⬛ telephone to ⬛⬛ obtain production information ⬛⬛⬛⬛ review data and prepare email to Ms. White ⬛⬛⬛ | 0.75 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 42.25 | $8,971.25 |

Additional Charges :

| | Amount |
|---|---|
| E107 Delivery services/messengers | 19.95 |
| Parking | 8.00 |
| Total additional charges | $27.95 |
| Total amount of this bill | $8,999.20 |
| Previous balance | $967.50 |

Accounts receivable transactions

| | |
|---|---|
| 12/4/2006 Payment - Thank You | ($967.50) |
| Balance due | $8,999.20 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 38.50 | 215.00 | $8,277.50 |

NOB 00464

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Mary Beckner | 3.75 | 185.00 | $693.75 |

NOB 00465

# LAWRENCE F. LABANOWSKI & ASSOCIATES
## ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

January 04, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1753

Professional Services

| | Hours | Amount |
|---|---|---|
| 12/6/2006 LFL    Telephone from Mr. Sergesketter  review same. | 0.25 | |
| 12/7/2006 LFL    Telephone from Mr. Sergesketter | 0.25 | |
| 12/8/2006 LFL    Review and respond to emails from counsel; prepare response emails to Mr. DeLuca and the other counsel; review the courts order on the mediation and the docket control order. | 0.50 | |
| 12/11/2006 LFL    Review and reply to emails; telephone to Mr. Sergesketter telephone from Mr. Clote | 0.75 | |
| 12/12/2006 LFL    Prepare email to Ms. White review and reply to email from Ms. White; review the motion challenging the jurisdiction; review Forest's challenge to the jurisdiction motion; telephone to Mr. DeLuca | 1.50 | |
| 12/13/2006 LFL    Prepare email to Mr. Mengis review and reply to email from Mr. DeLuca. | 0.50 | |
| 12/14/2006 LFL    Review and reply to email from Mr. Clote review and reply to Mr. DeLuca | 0.25 | |

713-622-0700

NOB 00466

|  | Hours | Amount |
|---|---|---|
| 12/15/2006 LFL   Telephone from Mr. Mengis ████████████████████ ████████ review with Mr. Mengis █████ ███████████ prepare email to Mr. Mengis █████████████████ | 1.00 | |
| 12/20/2006 LFL   Review and reply to Mr. DeLuca's email ███████████ ████████████████████ review the rule governing | 0.75 | |
| 12/21/2006 LFL   Review and reply to the emails from Mr. Toy ████████████ | 0.25 | |
| 12/27/2006 LFL   Review case authority ████████████████████ telephone to Mr. DeLuca ███ | 1.00 | |
| 12/28/2006 LFL   Telephone from Mr. Clote's office ██████████████ prepare email to Ms. White ████████ review response. | 0.25 | |
| 12/29/2006 LFL   Review the experts reports prepared by both the Plaintiff's experts and Forest's experts, including rebuttal, ████████████ prepare notes; telephone to Mr. DeLuca ██████████ ████████ telephone to Mr. Obrien ███ | 2.00 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 9.25 | $1,988.75 |
| Previous balance | | $8,999.20 |
| Accounts receivable transactions | | |
| 12/20/2006 Payment – Thank You. Check No. 200631072 | | ($8,999.20) |
| Balance due | | $1,988.75 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 9.25 | 215.00 | $1,988.75 |

NOB 00467

# LAWRENCE F. LABANOWSKI & ASSOCIATES
## ATTORNEY AT LAW
### 3939 ESSEX LN
#### SUITE 600
#### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

February 06, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1769

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/2/2007 | LFL | Telephone from Mr. Deluca▮▮▮; review the litigation file on the earlier Texas Standard lawsuit including discovery and pleadings; telephone from Mr. O'Brien▮▮▮▮, telephone from Mr. Deluca▮▮ review the expert reports provided by the parties. | 3.50 | |
| 1/3/2007 | LFL | Telephone to Mr. Clote's office▮▮▮; prepare email to Ms. White, and Mssrs. Mengis and O'Brien▮▮; telephone from Mr. Deluca▮▮. Telephone from Mr. Deluca▮▮ | 1.75 | |
| 1/4/2007 | LFL | Review and calendar on the docket control order; review correspondence from Mr. Levin▮▮, telephone to Mr. Sergesketter▮▮, telephone to Mr. O'Brien▮▮, review and reply to Mr. Sergestketter's email; review the court's order governing the expert designation; review the expert report filed by Mr. Ziegler, Forest's expert. | 1.50 | |
| 1/5/2007 | LFL | Telephone from Mr. Sergesketter▮▮▮; prepare email to Mr. Deluca▮▮; prepare email to Mr. Clote and Mr. Sergesketter▮▮ review and reply to emails from Mr. Clote and Mr. Sergesketter▮▮ review designations made by Mariner and Forest Oil▮▮ review ▮▮ prepare email to Mr. Clote▮▮ | 3.75 | |

713-622-0700

NOB 00468

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|

1/9/2007 LFL    Conference call with Ms. Ashcraft and Mr. Deluca ▮▮▮▮▮▮▮  1.75
▮▮▮▮ telephone conference with Mr. Deluca ▮▮▮▮
▮▮▮; telephone conference with Mr. Sergesketter ▮▮▮▮
▮▮▮▮▮; review and
revise the designations; review and reply to request for extension of
designation; review and reply to multiple emails; conference call with
multiple attorneys ▮▮▮▮▮▮▮▮▮▮▮▮

1/10/2007 LFL    Review motion to extend expert designations and docket control; prepare   0.75
email to defendants' counsel.

1/11/2007 LFL    Telephone conference with Mr. Deluca ▮▮▮▮▮▮   2.50
▮▮▮▮▮▮▮; telephone
conference with Mr. Nedelka ▮▮▮▮▮▮ telephone conference with
Mr. Nedelka ▮▮▮▮▮; prepare email to
Ms. White ▮▮▮▮▮; review documents received from Mr. Nedelka
▮▮▮▮ review motion to modify docket control; review
email from Mr. Deluca; telephone conference with Mr. Deluca ▮▮▮
▮▮▮ prepare email to Mr. Deluca ▮▮▮▮
telephone conference with Mr. Nedelka; review email▮▮▮
▮▮▮▮ prepare email to Mr. Nedelka and Ms. White.

1/18/2007 LFL    Telephone from Mr. Sergestketter ▮▮▮▮▮▮▮   0.75
▮▮▮review.

1/20/2007 LFL    Review document production made by Forest Oil ▮▮▮▮▮   0.50
▮▮▮ telephone to Mr. Deluca ▮▮▮▮▮
▮▮▮ prepare letter to Ms. White ▮▮▮

1/25/2007 LFL    Telephone from Mr. Deluca ▮▮▮▮▮▮   0.75
▮▮▮ review correspondence ▮▮▮▮; review
calendar deadlines on experts; telephone to Mr. Deluca ▮▮▮▮

1/26/2007 LFL    Review deposition notices and production requests for the four defendants;   0.75
prepare letter to Ms. White and calendar response dates; telephone call to
Mr. Deluca ▮▮▮▮▮▮

1/29/2007 LFL    Telephone with Mr. Deluca ▮▮▮▮▮▮▮   1.25
▮▮▮▮ telephone with Ms. White ▮▮▮▮▮ telephone from Mr.
Deluca ▮▮▮▮

1/30/2007 LFL    Telephone from Mr. Deluca ▮▮▮▮▮▮   1.75
▮▮▮▮, review the▮▮▮▮

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | prepare email to Mr. Nedelka ████████████████ ; telephone to Mr. Nedelka ███████ ; prepare summary. |  |  |
| 1/31/2007 | LFL | Telephone call from Mr. Nedelka ████████████████ ; review computer files ███████████████████████ telephone to Ms. Ashcraft ████████████ ; review and reply to multiple emails to Mr. Nedelka. | 1.50 |  |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 22.75 | $4,891.25 |
| Additional Charges : |  |  |
| E101 Copying |  | 19.80 |
| E108 Postage |  | 12.00 |
| Total additional charges |  | $31.80 |
| Total amount of this bill |  | $4,923.05 |
| Previous balance |  | $1,988.75 |
| Balance due |  | $6,911.80 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 22.75 | 215.00 | $4,891.25 |

# LAWRENCE F. LABANOWSKI & ASSOCIATES
### ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027

Invoice submitted to:
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

March 02, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1777

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/2/2007 LFL | Review and revise the expert report and file; review discovery responses email Mr. Sergesketter ▓▓▓▓▓ | 0.50 | |
| 2/5/2007 LFL | Exchange emails with Mssrs. Sergesketter and Deluca ▓▓▓▓▓ review documents received from Mr. Sergesketter ▓▓▓▓▓ | 0.75 | |
| MB | Review work on requests for production. | 1.75 | |
| 2/6/2007 LFL | Telephone to Mr. Deluca ▓▓▓▓▓ review documents produced by Texas Standard and Forest. | 1.25 | |
| MB | Additional work reviewing documents in response to requests for production. | 1.50 | |
| 2/7/2007 LFL | Telephone from Mr. Deluca ▓▓▓▓▓ review email and letter from Mr. Deluca ▓▓▓▓▓ telephone call from Mr. O'Brien at Coldren ▓▓▓▓▓ telephone call ▓▓▓▓▓ telephone from Mr. Jim Croker at Coldren ▓▓▓▓▓ | 2.25 | |
| MB | Reviewed and revised Nobles's responses to Plaintiff's requests for production. | 1.00 | |

713-622-0700

NOB 00471

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2007 | LFL | Telephone conference with Mr. Deluca ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | |
| 2/9/2007 | LFL | Review letter from Mr. Toy; prepare email to Ms. White ▮▮▮▮ telephone conference with Mr. Toy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | |
| | MB | Prepare objection language to responses to requests for production. | 0.50 | |
| 2/12/2007 | LFL | Prepare letter to Mr. Toy ▮▮▮▮▮▮▮▮▮▮▮ prepare first set of production requests to Texas Standard ▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone from Mr. Nedelka ▮▮▮▮ | 3.75 | |
| 2/13/2007 | LFL | Prepare email to Ms. White and Mr. Nedelka ▮▮▮▮▮▮▮ telephone conference with Mr. Sergesketter ▮▮▮▮▮▮▮ ▮▮▮▮▮; review and revise response to Plaintiff's first production request; telephone conference with Mr. Nedelka ▮▮▮▮▮▮▮ review and reply to Mr. Nedelka's email. | 3.75 | |
| 2/14/2007 | LFL | Discuss responses to discovery and make modifications; telephone conference with Mr. Deluca ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.50 | |
| | MB | Requests for production. | 0.25 | |
| 2/15/2007 | LFL | Telephone conference with Mr. O'Brien ▮▮▮▮▮▮▮▮▮▮ review and reply to email from Mr. Deluca; prepare email to Mr. Nedelka. | 0.75 | |
| 2/16/2007 | MB | Prepare for and attend deposition of Mr. Knell. | 5.50 | |
| 2/18/2007 | LFL | Review documents received from Mr. Nedelka ▮▮▮▮▮▮▮ prepare email to Mr. Nedelka ▮▮▮▮▮▮ review the discovery served by Forest on Noble; prepare email to Mr. Deluca and Ms. Ashcraft ▮▮ | 1.50 | |
| 2/19/2007 | LFL | Telephone conference with Mr. Nedelka ▮▮▮▮▮▮▮▮▮ prepare documents for production; telephone conference with Mr. Deluca ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 1.50 | |
| 2/20/2007 | LFL | Review and revise discovery responses; prepare letter ▮▮▮▮▮ | 0.50 | |
| 2/21/2007 | LFL | Prepare for and attend telephone conference with Steve O'Brien ▮▮▮▮▮ | 0.50 | |
| 2/23/2007 | LFL | Telephone from Mr. O'Brien ▮▮▮▮▮▮▮▮▮▮▮▮▮ review the accounting documents ▮▮▮▮▮▮▮ telephone from Mr. | 2.75 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| | Deluca ███████████████████████ complete the production requests, prepare letter to Mr. Toy and execute. | | | |
| 2/26/2007 LFL | Meeting with Ms. White ██████████, meet with Mr. Souders █ | | 0.75 | |
| 2/27/2007 LFL | Telephone conference with Mr. Castille ███████████████ | | 0.25 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 33.75 | $7,046.25 |

Additional Charges :

| | Amount |
|---|---|
| E101 Copying | 142.65 |
| E108 Postage | 13.00 |
| Parking | 16.00 |
| Total additional charges | $171.65 |
| Total amount of this bill | $7,217.90 |
| Previous balance | $6,911.80 |

Accounts receivable transactions

| | |
|---|---|
| 2/9/2007 Payment - Thank You | ($1,988.75) |
| Balance due | $12,140.95 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 23.25 | 215.00 | $4,998.75 |
| Mary Beckner | 10.50 | 195.00 | $2,047.50 |

NOB 00473

# LAWRENCE F. LABANOWSKI & ASSOCIATES
## ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

April 04, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1803

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/27/2007 LFL | Telephone from Mr. Barnes at Apache ▆▆▆▆▆▆▆▆▆▆ review amended designation submitted by Forest; review and revise Noble and Coldren's designation; telephone from Ms. Maxie at Apache ▆▆▆▆▆▆ telephone from Mr. Castille ▆▆▆▆▆ various emails to Mr. Castille; file revisions to the expert designations; prepare email to Ms. Maxie. | 1.75 | |
| 2/28/2007 LFL | Prepare for meeting with Mr. Sergesketter ▆▆▆▆▆▆▆▆ meeting with Mr. Sergesketter ▆▆▆▆▆▆ prepare email to Mr. Sergesketter ▆▆▆▆▆ review the notices received from Mr. Toy and prepare email to Mr. Toy ▆▆▆▆▆ | 2.75 | |
| 3/1/2007 LFL | Prepare email to Mr. Toy ▆▆▆▆▆▆▆▆▆ responses ▆▆▆▆ prepare email to Mr. Clote ▆▆▆▆▆ review emails and prepare review email from Mr. Deluca and prepare email to Ms. White; telephone from Mr. Mengis ▆▆▆▆▆▆▆ telephone from Mr. Toy ▆▆▆▆▆ | 2.75 | |
| 3/2/2007 LFL | Review the documents on the cd in preparation for the production of records in response to the subpoena; telephone conference with Mr. Deluca ▆▆▆▆▆▆ telephone conference with Ms. Ashcraft ▆▆▆▆▆▆ prepare letter to Mr. Levin ▆▆▆▆▆ prepare Attorney request for mediation form; prepare confidential mediation memorandum. | 3.25 | |

713-622-0700

NOB 00474

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2007 | LFL | Draft additional narrative for use in the mediation memorandum. | 1.50 | |
| 3/5/2007 | LFL | Telephone from Mr. Obrien ▓▓▓▓▓▓▓▓▓▓▓; prepare for and attend meeting with the attorneys for the other defendants and Mr. Mengis ▓▓▓▓▓▓▓▓▓▓; prepare designation of rebuttal experts. | 3.75 | |
| 3/6/2007 | EFM | Review documents for production to Forest Oil. | 1.75 | |
| | LFL | Telephone conference with Mr. Obrien and Mr. Williams at Coldren ▓▓▓▓▓▓▓▓ prepare for and attend conference with Mr. Obrien, Mr. Nedelka, Ms. White, Mr. Mengis, and Mr. Souders; telephone conference with Mr. Sergesketter ▓▓▓▓▓▓▓▓ telephone with Mr. Nedelka ▓▓▓▓▓▓▓▓▓▓ telephone conf. with Mr. Obrien; prepare documents to take to mediation; finalize mediation memorandum and execute. | 6.25 | |
| 3/7/2007 | LFL | Meet with Ms. White and Mr. Obrien ▓▓▓▓▓▓▓▓▓▓▓▓▓ attend mediation. | 12.75 | |
| 3/8/2007 | EFM | Review gas balancing issues ▓▓▓▓▓▓▓▓ Check gas imbalance figures ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ Brief conference concerning ▓▓▓▓▓▓▓ | 1.00 | |
| 3/9/2007 | LFL | Telephone from Mr. Deluca ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ telephone with Ms. Ashcraft ▓▓▓▓▓▓▓▓▓▓▓ review proposed responses; review various emails from Mr. Deluca and Mr. Toy ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ prepare email to Mr. Toy ▓▓▓ | 2.00 | |
| 3/13/2007 | LFL | Review email from Mr. Toy and reply to Mr. Toy's email ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 0.50 | |
| 3/15/2007 | LFL | Telephone to Mr. Toy ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓prepare email to Mr. Toy ▓▓▓▓▓▓▓ review and revise the discovery responses to Forest and prepare transmittal; prepare email to Mr. Nedelka ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50 | |
| 3/16/2007 | LFL | Review discovery responses and meet with Mr. Mulholland re same; prepare email to Mr. Sergesketter ▓▓▓▓▓▓▓▓▓ prepare email to Mr. Clote, Mr. Sergesketter ▓▓▓▓▓▓ | 1.00 | |
| 3/17/2007 | LFL | Prepare email to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.25 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/19/2007 | LFL | Conference calls with Mr. Deluca and Ms. Ashcraft ▓▓▓▓ review and reply to emails from Mr. Toy and Mr. Sergesketter ▓▓▓ review the responses to the discovery ▓▓▓▓ Mr. Deluca▓ | 1.50 | |
| 3/20/2007 | LFL | Meet with Ms. Beckner▓▓▓▓▓▓▓▓ | 0.25 | |
| | MB | Preparation▓▓▓▓▓▓▓▓▓▓▓ | 5.25 | |
| 3/21/2007 | LFL | Prepare for and attend hearing on continuance in the matter; telephone from Mr. Sergesketter▓▓▓▓▓ | 3.75 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 53.50 | $11,825.00 |

Additional Charges :

| | |
|---|---|
| E101 Copying | 15.00 |
| E108 Postage | 1.56 |
| Mileage | 48.31 |
| Parking | 20.00 |
| Total additional charges | $84.87 |
| Total amount of this bill | $11,909.87 |
| Previous balance | $12,140.95 |

Accounts receivable transactions

| | | |
|---|---|---|
| 3/15/2007 | Payment - Thank You | ($4,923.05) |
| 4/4/2007 | Payment - Thank You | ($7,217.90) |
| | Balance due | $11,909.87 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 2.75 | 205.00 | $563.75 |

NOB 00476

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lawrence F. Labanowski | 45.50 | 225.00 | $10,237.50 |
| Mary Beckner | 5.25 | 195.00 | $1,023.75 |

NOB 00477



### LAWRENCE F. LABANOWSKI & ASSOCIATES
#### ATTORNEY AT LAW
#### 3939 ESSEX LN
#### SUITE 600
#### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

May 05, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1826

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/22/2007 LFL | Review docket control order; telephone to Apache's counsel ▮▮▮ | | 0.75 | |
| 3/26/2007 LFL | Telephone from Ms. White▮▮▮▮▮▮▮▮▮▮ prepare email to the attorneys ▮▮▮▮▮▮▮ review and reply to various emails▮▮▮▮▮ | | 1.50 | |
| 3/27/2007 LFL | Prepare for and attend telephone conference with Mr. Mengis▮▮▮ ▮▮▮▮ review emails from the attorneys for the defendants ▮▮▮ ▮▮▮▮▮ telephone to Mssrs. Obrien and Souders ▮▮▮▮▮ review and revise the Coldren discovery responses ▮▮▮▮▮▮▮▮ multiple emails with Mr. Sergesketter▮ | | 1.50 | |
| EFM | Review and revise draft discovery responses to Plaintiff. | | 1.00 | |
| 3/28/2007 LFL | Prepare for and attend conf. call regarding ▮▮▮▮▮▮▮▮ review and revise discovery responses due to Texas Standard; prepare email ▮▮▮▮▮▮▮ telephone to Mr. Souders ▮▮▮▮▮▮▮▮▮▮ telephone to Mr. Obrien ▮▮▮▮▮▮ | | 2.00 | |
| 3/29/2007 LFL | Finalize the responses to discovery; prepare email to Mr. Obrien. | | 0.25 | |

713-622-0700

NOB 00478

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/30/2007 | LFL | Review the old Texas Standard document in preparation for production to Forest and telephone to Ms. Broussard ▇▇▇▇▇▇ | 0.75 | |
| 4/3/2007 | LFL | Prepare for and attend meeting with Mr. Obrien ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ telephone conf. with Mr. Clote | 1.25 | |
| 4/5/2007 | LFL | Review and reply to email from Mr. Sergesketter; meet with Ms. Broussard ▇▇▇▇▇▇ telephone conf. with Mr. Deluca and Ms. Ashcraft ▇▇▇▇ | 1.25 | |
| 4/11/2007 | LFL | Telephone from Mr. Deluca ▇▇▇▇▇▇ ▇▇▇▇▇▇ review docket control order and exchange emails with Mr. Sergesketter. | 0.50 | |
| 4/12/2007 | LFL | Prepare for and attend conference call with Mssrs. Toy and Deluca ▇▇▇▇ | 0.50 | |
| 4/16/2007 | LFL | Telephone with Mr. Deluca regarding ▇▇▇▇▇▇▇; review production ▇ | 0.25 | |
| 4/17/2007 | LFL | Telephone from Mr. Deluca ▇▇▇▇▇▇ | 0.25 | |
| 4/23/2007 | LFL | Telephone from Mr. Deluca and Ms. Ashcraft ▇▇▇▇▇▇▇; review the balancing agreement and the related accounting data; | 1.50 | |
| 4/24/2007 | LFL | Telephone from Mr. Obrien ▇▇▇▇▇ telephone from Mr. Deluca ▇▇▇▇▇ telephone with Mr. Deluca ▇▇▇ prepare outline of amendment to Coldren and Noble's amended counterclaim; review and revise the counterclaim and prepare email to Mr. Deluca and Ms. Ashcraft; review materials ▇▇▇▇ | 2.75 | |
| | EFM | Draft client's first amended counterclaim to include imbalance issue ▇▇▇ ▇▇▇▇▇▇ | 2.70 | |
| | EFM | Review and revise first amended answer and counterclaim, ▇▇▇▇ Review and revise letter to co-defendant ▇▇▇▇▇ | 2.50 | |

|  | Hours | Amount |
|---|---|---|
| 4/25/2007 LFL Telephone with Mr. Obrien ▓▓▓▓, telephone with Ms. White ▓▓▓; review the fourth amended counterclaim filed by Texas Standard; | 2.50 | |
| For professional services rendered | 23.70 | $5,208.50 |
| Additional Charges : | | |
| E124 Other expenses | | 1,300.00 |
| Total additional charges | | $1,300.00 |
| Total amount of this bill | | $6,508.50 |
| Previous balance | | $11,909.87 |
| Balance due | | $18,418.37 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 6.20 | 205.00 | $1,271.00 |
| Lawrence F. Labanowski | 17.50 | 225.00 | $3,937.50 |

NOB 00480

# LAWRENCE F. LABANOWSKI & ASSOCIATES
### ATTORNEY AT LAW
3939 ESSEX LN
SUITE 600
HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

 

June 05, 2007

In Reference To:  Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1874

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2007 | LFL | Telephone from Mr. O'Brien ▓▓▓ telephone from Mr. Mengis ▓▓▓; prepare email to Ms. White and Mr. Mengis ▓▓▓t; telephone from Ms. White ▓▓▓; review and revise the provisions in the amended counter claim; multiple calls with Mr. Deluca ▓▓▓ prepare first draft of reply letter to Deluca ▓▓▓ review email ▓▓▓ received from Mr. Clote; forward email from Mr. Clote to Ms. White and Mr. Mengis. | 5.75 | |
| | EFM | Review and revise first amended answer and counterclaim ▓▓▓. Review and revise letter to co-defendant ▓▓▓ | 2.50 | |
| 4/27/2007 | LFL | Review, revise and finalize the amended complaint to file by the deadline; exchange emails with ▓▓▓ prepare email to Mr. Mengis and Ms. White ▓▓▓ prepare letter of response ▓▓▓ | 3.50 | |
| | EFM | Review and revise counterclaim prior to filing. | 1.50 | |
| 4/30/2007 | LFL | Telephone from Mr. Clote ▓▓▓ | 0.75 | |

713-622-0700

NOB 00481

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2007 | EFM | Review and revise proposed stipulatio ███████████ | 0.50 | |
| 5/8/2007 | EFM | Reviewed draft amended answers from Mariner and Forest to TXSO's Amended Complaint and TXSO's Amended Complaint and prepared draft of client's answer to the Amended Complaint. | 2.00 | |
| | LFL | Telephone from Mr. Clote ███████████████████; review and reply to emails from Mr. Toy and Mr. Deluca. | 0.75 | |
| 5/9/2007 | LFL | Telephone from Mr. Deluca ████████████████████████████████; exchange emails with Mr. Toy regarding ███████████; telephone to Mr. O'Brien ████████████████ | 0.75 | |
| 5/10/2007 | LFL | Prepare for and telephone conference with Mr. O'Brien ████████████ | 0.75 | |
| | EFM | Reviewed draft amended answers from Mariner and Forest to TXSO's Amended Complaint and TXSO's Amended Complaint; prepare draft of client's answer to the Amended Complaint. | 1.50 | |
| 5/15/2007 | LFL | Telephone from Mr. Sergesketter ████████████████████prepare email to Mr. Clote. | 0.50 | |
| 5/16/2007 | LFL | Telephone from Mr. Sergesketter████████████████████; telephone from Mr. Clote ██████████████████ telephone to Mr. O'Brien █████ | 0.75 | |
| | MB | Reviewed amended response; telephone conference with Forest's counsel | 0.75 | |
| 5/17/2007 | LFL | Telephone from Ms. Ashcraft ██████████████████████ | 0.25 | |

For professional services rendered          22.50  $4,880.00

Additional Charges :

E101 Copying                                              16.00

Total additional charges                               $16.00

Total amount of this bill                           $4,896.00

| | Amount |
|---|---|
| Previous balance | $6,508.50 |

Accounts receivable transactions

| | | Amount |
|---|---|---|
| 5/7/2007 | Previous balance | $11,909.87 |
| 6/7/2007 | Payment - Thank You | ($11,909.87) |

| | |
|---|---|
| Balance due | $11,404.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 8.00 | 205.00 | $1,640.00 |
| Lawrence F. Labanowski | 13.75 | 225.00 | $3,093.75 |
| Mary Beckner | 0.75 | 195.00 | $146.25 |

## LAWRENCE F. LABANOWSKI & ASSOCIATES
### ATTORNEY AT LAW
### 3939 ESSEX LN
### SUITE 600
### HOUSTON, TX 77027



*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

July 10, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1899

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/22/2007 | EFM | Review Pioneer's proposal ▓▓▓▓▓▓ evaluate ▓ ▓▓▓▓ prepare memorandum concerning ▓▓▓▓▓ ▓▓▓▓▓▓ lawsuit. | 1.50 | |
| 6/2/2007 | EFM | Review Plaintiff's third set of production requests and second set of interrogatories to client; brief telephone discussion ▓▓▓ prepare email ▓▓▓▓ | 0.75 | |
| 6/6/2007 | LFL | Review production requests and the verification; prepare outline of answers; review ▓▓▓▓▓▓ file; meet with Mr. Mulholland ▓▓▓ | 0.75 | |
| 6/7/2007 | EFM | Preparation of responses to discovery requests from Plaintiff. | 1.00 | |
| 6/8/2007 | EFM | Continued preparation of responses to discovery requests from Plaintiff. | 1.25 | |
| | EFM | Continued preparation of responses to discovery requests from Plaintiff. | 1.75 | |
| 6/9/2007 | EFM | Completed draft of discovery responses to Plaintiff. | 2.00 | |
| 6/13/2007 | LFL | Telephone from Mr. Obrien ▓▓▓▓▓▓▓▓▓▓▓ review the discovery and make changes. | 1.00 | |
| 6/15/2007 | LFL | Review discovery sent by Forest's counsel and prepare email ▓▓▓ telephone to Mr. Deluca ▓▓▓ | 0.75 | |

713-622-0700

NOB 00484

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/18/2007 | EFM | Review and revise draft responses to Texas Standard's discovery requests. | 0.50 | |
| 6/20/2007 | LFL | Telephone from Mr. Deluca ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and revise the discovery response; telephone from Steve Obrien ▮▮▮▮ | 1.25 | |
| | EFM | Draft/revise discovery responses ▮▮▮▮▮▮▮▮▮▮▮ | 1.25 | |
| 6/22/2007 | LFL | Telephone to Mr. Deluca ▮▮▮▮▮▮▮▮▮▮▮▮ meet with Mr. Mulholland ▮▮▮▮▮▮▮▮▮▮ review and revise the discovery drafts; prepare emails to Mr. Souders and Mr. Obrien ▮▮▮▮▮▮▮▮, telephone from Mr. Obrien ▮▮; review letter from Mr. Tinkler ▮▮▮▮▮▮▮▮▮; prepare email to Ms. White ▮▮▮▮▮▮▮▮▮ | 1.75 | |
| | EFM | Review and revise new set of discovery requests to Plaintiff.  Prepare transmittal and memorandum. | 2.00 | |
| | LFL | Telephone to Mr. Deluca ▮▮▮▮▮▮▮▮▮▮▮▮ meet with Mr. Mulholland ▮▮▮▮▮▮▮▮▮▮ review and revise the discovery drafts; prepare emails to Mr. Souders and Mr. Obrien ▮▮▮▮▮▮▮▮▮ telephone from Mr. Obrien ▮ review letter from Mr. Tinkler ▮▮▮▮▮▮▮▮; prepare email to Ms. White ▮▮▮▮▮▮▮▮▮ | 1.75 | |
| 6/25/2007 | LFL | Review letter from Mr. Obrien ▮▮▮▮▮▮▮▮▮▮ prepare response to Mr. Souders; ▮▮▮▮▮▮ | 0.50 | |
| 6/28/2007 | EFM | Review and revise discovery responses to Plaintiff before filing. | 0.75 | |
| 6/29/2007 | EFM | Review letter from Mariner Energy ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Review Mariner's responses to Plaintiff's discovery requests. | 0.50 | |

| | | | | |
|---|---|---|---|---|
| For professional services rendered | | | 21.00 | $4,460.00 |
| Previous balance | | | | $11,404.50 |
| Accounts receivable transactions | | | | |
| 6/21/2007 | Payment - Thank You | | | ($6,508.50) |
| 7/9/2007 | Payment - Thank You | | | ($4,896.00) |

Ms. Ann Elizabeth White

| | Amount |
|---|---|
| Balance due | $4,460.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 13.25 | 205.00 | $2,716.25 |
| Lawrence F. Labanowski | 7.75 | 225.00 | $1,743.75 |



### LAWRENCE F. LABANOWSKI & ASSOCIATES
#### ATTORNEY AT LAW
#### 3939 ESSEX LN
#### SUITE 600
#### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

August 03, 2007

In Reference To:  Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1956

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/29/2007 LFL | Review the final changes to the discovery ▇▇▇▇▇▇; finalize Coldren and Noble's responses and execute same. | | 0.50 | |
| 7/9/2007 LFL | Telephone to Mr. Obrien ▇▇▇▇▇▇▇▇ review and forward email from Mr. Deluca ▇▇▇▇ | | 0.75 | |
| 7/10/2007 LFL | Telephone from Mr. Clote ▇▇▇▇▇▇▇▇ review various emails Mr. Clote ▇▇▇ review and reply to email from Mr. Deluca; review his reply. | | 1.50 | |
| 7/18/2007 LFL | Prepare email to Mr. Deluca ▇▇▇▇▇▇ consider response alternatives. | | 0.50 | |
| 7/19/2007 LFL | Reviewed and replied to various emails ▇▇▇▇▇▇ telephone to Mr. Deluca ▇▇▇▇▇▇ review and revise Mr. Nedelka's affidavit. | | 2.75 | |
| EFM | Prepare first draft of client's motion for summary judgment; prepare affidavit for John Nedelka's signature. | | 5.50 | |

713-622-0700

NOB 00487

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2007 | LFL | Review and revise the motion for summary judgment in the matter; multiple calls with Mr. Deluca and Ms. Ashcraft ▪▪▪▪▪ — ▪▪▪▪▪ telephone from Ms. White ▪▪▪▪▪▪▪▪▪▪▪▪ review and revise the affidavit on fees; prepare additional changes to motion. | 5.50 | |
| | EFM | Review and revise motion for summary judgment and supporting affidavits preparatory to filing motion; brief telephone conference ▪▪▪▪▪▪▪▪ | 3.00 | |
| 7/23/2007 | LFL | Review and revise the filings; prepare summary of due dates in the matter | 0.75 | |
| 7/31/2007 | LFL | Telephone from Mr. DeLuca ▪▪▪▪▪▪▪▪▪▪▪▪ review the motion and telephone to Mr. DeLuca ▪▪ | 0.75 | |
| | EFM | Review TXSO's motion for partial summary judgment ▪▪▪▪▪▪▪▪▪▪▪▪ | 0.25 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 21.75 | $4,718.75 |

Additional Charges :

| | Amount |
|---|---|
| E101 Copying | 18.00 |
| E108 Postage | 2.20 |
| Total additional charges | $20.20 |
| Total amount of this bill | $4,738.95 |
| Previous balance | $4,460.00 |

Accounts receivable transactions

| | Amount |
|---|---|
| 8/3/2007 Payment - Thank You | ($4,460.00) |
| Balance due | $4,738.95 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 8.75 | 205.00 | $1,793.75 |
| Lawrence F. Labanowski | 13.00 | 225.00 | $2,925.00 |

NOB 00488

LAWRENCE F. LABANOWSKI & ASSOCIATES

*FILE*

ATTORNEY AT LAW
3939 ESSEX LN
SUITE 600
HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

September 07, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #1985

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/3/2007 | LFL | Telephone to Mr. Sergesketter ▬▬▬▬▬ review the motion with Mr. Mulholland. | 0.50 | |
| 8/8/2007 | LFL | Review and reply to various e-mails from Mr. Sergesketter ▬▬▬▬ review e-mail from Mr. Toy and reply to Mr. Deluca. | 0.50 | |
|  | EFM | Review Forest's response to TXSO's motion for summary judgment; telephone conference with counsel for Apache. | 1.00 | |
| 8/23/2007 | LFL | Review Reply Motions for Extension | 0.25 | |
| 8/24/2007 | LFL | Telephone from Mr. Mengis ▬▬▬▬▬▬▬▬▬ | 0.50 | |
|  |  | For professional services rendered | 2.75 | $598.75 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| E101 Copying | | 2.50 |
| Total additional charges | | $2.50 |
| Total amount of this bill | | $601.25 |
| Previous balance | | $4,738.95 |

713-622-0700

NOB 00489

| | Amount |
|---|---|
| Accounts receivable transactions | |
| 8/24/2007  Payment - Thank You | ($4,738.95) |
| Balance due | $601.25 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 1.00 | 205.00 | $205.00 |
| Lawrence F. Labanowski | 1.75 | 225.00 | $393.75 |

NOB 00490



## LAWRENCE F. LABANOWSKI & ASSOCIATES
### ATTORNEY AT LAW
#### 3939 ESSEX LN
#### SUITE 600
#### HOUSTON, TX 77027

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

November 09, 2007

In Reference To:   Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #2049

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 10/18/2007 LFL | Prepare for and meet with Mssrs Obrien and McCue███████ ██████review and reply to email from Mr. DeLuca; prepare email to Mr. Obrien. | 0.75 | |
| 10/26/2007 LFL | Review email from court; prepare email to Mr. DeLuca████ ████prepare email to Ms. White. | 0.75 | |
| | For professional services rendered | 1.50 | $337.50 |
| | Previous balance | | $601.25 |
| | Accounts receivable transactions | | |
| 10/2/2007 | Payment - Thank You | | ($601.25) |
| | Balance due | | $337.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence F. Labanowski | 1.50 | 225.00 | $337.50 |

NOB 00491



### LAWRENCE F. LABANOWSKI & ASSOCIATES
#### ATTORNEY AT LAW

**3939 ESSEX LN**
**SUITE 600**
**HOUSTON, TX 77027**

*Invoice submitted to:*
Ms. Ann Elizabeth White
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston TX 77067

December 06, 2007

In Reference To: Civil Action No. G-05-490; *Texas Standard Oil Company v. Forest Oil Corporation, et al.*; In the United States District Court for the Southern District of Texas.

Invoice #2080

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2007 | LFL | Review email from Mr. Deluca; review the file; prepare email to Ms. White; prepare email to Mr. Deluca | 0.50 | |
| 11/21/2007 | EFM | Review correspondence from MERI counsel; prepare calendar and settings based on the recent court notices; review file including ▓▓▓▓ | 2.50 | |
| 11/26/2007 | LFL | Telephone with Mr. Obrien ▓▓▓▓ email ▓▓▓▓ prepare ▓▓▓▓ review reply and telephone with Mr. Deluca ▓▓▓▓ review the various emails from the attorneys ▓▓▓▓ | 0.75 | |
| 11/27/2007 | LFL | Telephone from Mr. Sergesketter ▓▓▓▓ review emails from counsel; review and reply to Ms. White ▓▓▓▓ | 1.50 | |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 5.25 | $1,131.25 |
| Previous balance | | $337.50 |
| Balance due | | $1,468.75 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward F. Mulholland | 2.50 | 205.00 | $512.50 |
| Lawrence F. Labanowski | 2.75 | 225.00 | $618.75 |

713-622-0700

NOB 00492