IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS STANDARD OIL COMPANY, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. G-05-490 |
| vs | § § | |
| FOREST OIL CORPORATION, | § § | |
| Defendant. | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff (formerly Defendant/Counter-Plaintiff) Forest Oil Corp., Plaintiff (formerly Defendant/Counter-Plaintiff) Mariner Energy Resources, Inc., Plaintiff (formerly Defendant) Mariner Energy, Inc., Plaintiff (formerly Defendant/Counter-Plaintiff) Apache Corporation, Plaintiff (formerly Defendant/Counter-Plaintiff) Noble Energy, Inc. and Plaintiff (formerly Defendant/Counter-Plaintiff) Coldren Resources, L.P. appeal to the United States Court of Appeals for the Fifth Circuit from the following:

1. Order Granting in Part and Denying in Part Motion for Summary Judgment entered on January 3, 2008, Docket No. 123;

2. Final Judgment entered on February 25, 2008, Docket No. 181; and

3. Order denying Post Trial Motions (Motion for Judgment and Motion

to Amend) entered on March 13, 2008, Docket No. 190.

Respectfully submitted,

By: /s/ Bradley L. DeLuca
Bradley L. DeLuca
Federal Bar No. 11510
TBA No. 05653800
Brigid D. Ashcraft
TBA No. 01372450
Federal Bar No. 9033

OF COUNSEL:

JOHNSON DELUCA KENNEDY & KURISKY, P.C.
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 - Telephone
(713) 652-5130 – Facsimile
COUNSEL FOR FOREST OIL CORPORATION,
MARINER ENERGY RESOURCES, INC. AND
MARINER ENERGY, INC.

By: /s/ Lawrence Labanowski
Lawrence Labanowski
SBN: 117848569
Federal Bar No.: 5146

OF COUNSEL:

Lawrence F. Labanowski & Associates
3939 Essex Lane, Suite 600
Houston, Texas 77027
(713) 622-0700 - Telephone
(713) 622-4766 - Facsimile
COUNSEL FOR NOBLE ENERGY, INC.
AND COLDREN RESOURCES, LP

By: /s/ Robert J. Sergesketter
Robert J. Sergesketter
SBN: 00794620

OF COUNSEL:

Apache Corporation
2000 Post Oak Blvd., Suite 100
Houston, Texas 77056
(713) 296-6505 – Telephone
(713) 296-6481 – Facsimile
COUNSEL FOR APACHE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2008, a true and correct copy of the foregoing document has been delivered in a manner prescribed by the Federal Rules of Civil Procedure to:

Francis I. Spagnoletti
David S. Toy
Spagnoletti & Co.
401 Louisiana, 8th Floor
Houston, Texas 77002

John H. Kim, Esq.
The Kim Law Firm
4309 Yoakum Blvd., Suite 2000
Houston, Texas 77006

Lawrence Labanowski
Lawrence F. Labanowski & Associates
3939 Essex Lane, Suite 600
Houston, Texas 77027

Paul D. Clote
Paul D. Clote & Associates
4 Houston Center
1221 Lamar, Suite 1090
Houston, Texas 77010

Robert J. Sergesketter
Apache Corporation
2000 Post Oak Blvd., Suite 100
Houston, Texas 77056

/s/ Bradley L. DeLuca
Bradley L. DeLuca