IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS STANDARD OIL COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:05-cv-490 |
| | § | |
| FOREST OIL CORPORATION, ET AL | § | |

## NOTICE OF CROSS APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant (formerly Plaintiff/Counter-Defendant) Texas Standard Oil Company appeals to the United States Court of Appeals for the Fifth Circuit the following:

1. Order Granting In Part and Denying In Part Motion for Summary Judgment entered on January 3, 2008 (Docket No. 123);

2. Final Judgment entered on February 25, 2008 (Docket No. 181); and

3. Order entered on March 28, 2008 (Docket No. 192).

Respectfully Submitted,

*/s/ John H. Kim*

_____
John H. Kim
State Bar No. 00784393 / Federal ID 15626
4309 Yoakum Boulevard, Suite 2000
Houston, TX 77006
Telephone: 713-522-1177
Facsimile: 888-809-6793
Email: jhk@thekimlawfirm.com

**OF COUNSEL**:

Charles A. Sharman
State Bar No. 18114400
9 Greenway Plaza, Suite 3040
Houston, TX 77046
Telephone:  713-655-1195
Email: charley@trifectaoil.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing.  Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, Certified Mail/RRR or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this 10th day of April, 2008.

                                    */s/ John H. Kim*

                                    _____
                                    John H. Kim