IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-40390

United States Court of Appeals
Fifth Circuit
**F I L E D**
January 12, 2009

Charles R. Fulbruge III
Clerk

TEXAS STANDARD OIL COMPANY

    Plaintiff - Appellee-Cross-Appellant

v.

FOREST OIL CORPORATION; MARINER ENERGY RESOURCES INC; MARINER ENERGY INC; APACHE CORPORATION; NOBLE ENERGY INC; COLDREN RESOURCES LP

    Defendants - Appellants-Cross-Appellees

United States District Court
Southern District of Texas
RECEIVED
JAN 15 2009
Michael N. Milby, Clerk

Appeal from the United States District Court for the
Southern District of Texas, Galveston

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is partially dismissed as of January 12, 2009, for want of prosecution. The appellants Coldren Resources LP, Noble Energy Inc, and Apache Corp ONLY failed to timely file briefs and record excerpts.

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

            By: *Sabrina B. Short*
                Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

**A true copy**
    **Attest:**
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Sabrina B Short*
    **Deputy**
New Orleans, Louisiana    JAN 12, 2009