# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 08-40390

TEXAS STANDARD OIL COMPANY

    Plaintiff - Appellee-Cross-Appellant

v.

FOREST OIL CORPORATION; MARINER ENERGY RESOURCES INC; MARINER ENERGY INC

    Defendants - Appellants-Cross-Appellees

Appeal from the United States District Court for the
Southern District of Texas, Galveston

United States Courts
Southern District of Texas
FILED

JAN 2 5 2011

Clerk of Court

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the appeal is dismissed as of January 13, 2011, pursuant to the joint motion of the parties.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _Sabrina B. Short_
    Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _Sabrina B. Short_
    Deputy
New Orleans, Louisiana   JAN 1 3 2011

FRAP 42-DIS4